AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Columbia

**FILED**
NOV 15 2007
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

v.

Terry Hall,

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-570 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in about **2005 to 2006** in **Kuwait and Georgia, U.S.** defendant Terry Hall

otherewise than as provided by law for the proper discharge of official duty, did directly and indirectly give, offer and promise a thing of value to a public official, for and because of an official act performed and to be performed by such public official,

in violation of Title **18** United States Code, Section(s) **201(c)(1)(A) & 3238**.

I further state that I am a **Special Agent** and that this complaint is based on the following facts:
Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Eleanor W. Rathbone_
Siignature of Complainant

,Peter C. Sprung, Trial Attorney
Sworn to before me and subscribed in my presence,

Eleanore Rathbone
Special Agent
Defense Criminal Investigative Service
U.S. Dep't of Defense

Washington   NOV 15 2007    at    District of Columbia
November 15, 2007
Date                                                     City and State
Alan Kay
U.S. Magistrate Judge

Name & Title of Judicial Officer                         Signature of Judicial Officer