AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**FILED**

**NOV 1 6 2007**

_____ DISTRICT OF _____ **Columbia**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

*Amended*

v.

# CRIMINAL COMPLAINT

Terry Hall,

CASE NUMBER: 07-570M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  From in about __2005 to 2006__  in  __Kuwait and Georgia, U.S.__  defendant

**Terry Hall**

**otherewise than as provided by law for the proper discharge of official duty, did directly and indirectly give, offer and promise a thing of value to a public official, for and because of an official act performed and to be performed by such public official,**

in violation of Title ____18____ United States Code, Section(s) __201(b)(1)(A) & 3238__ .

I further state that I am a  __Special Agent__  and that this complaint is based on the following facts:

Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

*Eleanor M. Rathbone*

Siignature of Complainant

,Peter C. Sprung, Trial Attorney

Sworn to before me and subscribed in my presence,

**Eleanor Rathbone**
**Special Agent**
**Defense Criminal Investigative Service**
**U.S. Dep't of Defense**

__Washington__  at  __District of Columbia__

**November 16, 2007** ALAN KAY

Date    U.S. MAGISTRATE JUDGE

City and State

Name & Title of Judicial Officer

Signature of Judicial Officer

U.S. MAGISTRATE JUDGE