AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __Columbia__

FILED
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Terry Hall,

2nd Ammended
**CRIMINAL COMPLAINT**

CASE NUMBER: 07-570M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in about __2005 to 2006__ in __Kuwait and Georgia, U.S.__ defendant Terry Hall

directly and indirectly, corruptly did give, offer, and promise a thing of value to a public official and person who had been selected to be a public official, and offer and promise a public official and person who had been selected as a public official to give a thing of value to another person and entity, with intent to influence an official act

in violation of Title __18__ United States Code, Section(s) __201(b)(1)(A) & 3238__.

I further state that I am a __Special Agent__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Siignature of Complainant
Eleanore Rathbone
Special Agent
Defense Criminal Investigative Service
U.S. Dep't of Defense

,Peter C. Sprung, Trial Attorney
Sworn to before me and subscribed in my presence,

NOV 16 2007

__Washington__ at __District of Columbia__
**November 16, 2007**
Date                    Alan Kay
                        U.S. Magistrate

Name & Title of Judicial Officer        Signature of Judicial Officer