UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CRIM. NO. 07-318 (EGS) |
| ) | |
| vs.  ) | FILED |
| ) | |
| TERRY HALL,  ) | NOV 2 1 2007 |
| ) | |
| __Defendant.__  ) | , CLERK |

**GOVERNMENT'S PROPOSED ORDER TO STAY RELEASE AND TRANSFER HALL TO DISTRICT OF COLUMBIA**

Having reviewed the Government's motion,* Pursuant to Title 18, United States Code, Section 3145(a)(1) for revocation of the November 20, 2007 order of the Hon. Gerrilyn G. Brill, Chief Magistrate Judge, United States District Court for the Northern District of Georgia, releasing the defendant Terry Hall ("Hall") on bail (the "Release Order") and request for this Court to stay the Release Order and direct that Hall be remanded to custody for removal to this jurisdiction,

WHEREFORE, the Court determines that the Government's Motions is GRANTED. It is hereby ORDERED, that Hall's Release Order be stayed for further hearing by this Court and REMANDS Hall for removal to the District of Columbia.

Dated this 21st day of November, 2007.

\* And upon consideration of arguments heard today by government counsel and defense counsel

HONORABLE EMMET G. SULLIVAN
United States District Court
District of Columbia