IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-318 |
| vs. | : | |
| TERRY HALL,<br>        Defendant. | : | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Peter C. Sprung, and enters her notice of appearance on behalf of the United States in the above-styled case.

Respectfully submitted this 5th day of December, 2007.

William M. Welch II
Acting Chief
Public Integrity Section

**s/Peter C. Sprung**
BY: _____
Peter C. Sprung
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 305-1412
Fax: (202) 514-3003
Email: peter.sprung@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of December 2007, I served a copy of the forgoing by United States Mail to the following:

>R. Kenly Webster
>1920 N. Street N.W., Suite 300
>Washington, DC 20036

>William M. Welch II
>Chief
>Public Integrity Section

>**s/Peter C. Sprung**

BY: _____
>Peter C. Sprung
>Trial Attorney
>Criminal Division
>Public Integrity Section
>10th Street & Constitution Avenue, NW
>Washington, DC 20530
>Phone: (202) 305-1412
>Fax: (202) 514-3003
>Email: peter.sprung@usdoj.gov