IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-318 |
| vs. | : | |
| TERRY HALL, <br>     Defendant. | : | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Kathryn H. Albrecht, and enters her notice of appearance on behalf of the United States in the above-styled case.

Respectfully submitted this 5th day of December, 2007.


William M. Welch II
Acting Chief
Public Integrity Section

**s/Kathryn H. Albrecht**
BY: _____
Kathryn H. Albrecht
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 305-1412
Fax: (202) 514-3003
Email: kate.albrecht@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of December 2007, I served a copy of the forgoing by United States Mail to the following:

>R. Kenly Webster
>1920 N Street N.W., Suite 300
>Washington, DC 20036

>William M. Welch II
>Chief
>Public Integrity Section

BY: **s/Kathryn H. Albrecht**
_____
Kathryn H. Albrecht
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 305-1412
Fax: (202) 514-3003
Email: kate.albrecht@usdoj.gov