# WARRANT FOR ARREST

CO-180 (Rev 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO *07-318* | MAGIS NO 07-570M *07-570M* |
| v<br><br>TERRY HALL | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Terry Hall | |

DOB:          PDID:

| WARRANT ISSUED ON THE BASIS OF: | Complaint | DISTRICT OF ARREST | n/a |
|---|---|---|---|
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | Washington, D.C. |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Bribery of Public Official

**FILED**

DEC 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>18 U.S.C. §§ 201(b)(1)(A), 3228 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>**ALAN KAY**<br>**U.S. MAGISTRATE JUDGE** | DATE ISSUED: NOV 1 5 2007 |
|---|---|---|
| CLERK OF COURT: | BY DEPUTY CLERK: *[signature]* | DATE 11/16/07 |

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 11/15/07 | NAME AND TITLE OF ARRESTING OFFICER<br>S. Owens<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER *[signature]* | |
|---|---|---|---|
| DATE EXECUTED 12/5/07 | | | |
| HIDTA CASE   Yes   No | | OCDETF CASE   Yes   No | |