UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                     )<br>)<br>Terry Hull              )<br>            Defendant. )<br>                        ) | Criminal No. 07-318 (EGS)<br><br>FILED<br>DEC - 7 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house _Terry Hull_ _____ at Central Treatment Facility until further Order of this Court.

12/7/07
_____
DATE

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE