**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 07-318 (EGS)** |
| **v.** ) | |
| ) | |
| **TERRY HALL,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

The United States, by and through undersigned counsel, respectfully notifies this Honorable Court that Emily W. Allen will appear for the United States in the above-captioned matter.

DATED this 14th day of December, 2007.

Respectfully submitted,

_____/s/_____
EMILY W. ALLEN
Trial Attorney, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 3700
Washington, D.C. 20530
Telephone: (202) 307-0946
Facsimile: (202) 514-6525
emily.allen@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2007, the foregoing NOTICE OF APPEARANCE, was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Terry Hall will be notified through the Electronic Case Filing System.

_____/s/_____
EMILY W. ALLEN
Trial Attorney, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 3700
Washington, D.C. 20530
Telephone: (202) 307-0946
Facsimile: (202) 514-6525
emily.allen@usdoj.gov