# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 07-318 (EGS)** |
| **v.** ) | |
| ) | |
| **TERRY HALL,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

The United States, by and through undersigned counsel, respectfully notifies this Honorable Court that Mark W. Pletcher will appear for the United States in the above-captioned matter as substitute counsel in place of Ms. Angela George.

DATED this 14th day of December, 2007.

Respectfully submitted,

_____/s/_____
MARK W. PLETCHER
Trial Attorney, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 3700
Washington, D.C. 20530
Telephone: (202) 307-6186
Facsimile: (202) 514-6525
mark.pletcher@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 14th day of December 2007, the foregoing NOTICE OF APPEARANCE, was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Terry Hall will be notified through the Electronic Case Filing System.

                                           Respectfully submitted,

                                           _____/s/_____
                                           MARK W. PLETCHER
                                           Trial Attorney, Antitrust Division
                                           U.S. Department of Justice
                                           1401 H Street, N.W., Suite 3700
                                           Washington, D.C. 20530
                                           Telephone: (202) 307-6186
                                           Facsimile: (202) 514-6525
                                           mark.pletcher@usdoj.gov