**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 07-318 (EGS)** |
| | ) | |
| **TERRY HALL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**GOVERNMENT'S MOTION
TO ALLOW IT TO FILE LATE ITS
MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR RELEASE**

The Government respectfully moves this Court to allow it to file late its Memorandum in Opposition to Defendant's Motion for Release. This Court directed that the Government's Memorandum in Opposition be filed by 5:00 PM on December 17, 2007. Because of his confusion about the filing deadline, undersigned counsel neglected to file the Government's Opposition in accordance with the Court-ordered schedule. Instead, the Government filed its Opposition at approximately 11:00 PM on December 17, 2007. The Government represents that its failure was inadvertent and that it did not prejudice the defendant.

Accordingly, the Government respectfully moves this Court to allow it to file late

its Memorandum in Opposition to Defendant's Motion for Release.

Dated this 18th day of December 2007.

                                        Respectfully submitted,
                                        WILLIAM M. WELCH II
                                        Chief
                                        Public Integrity Section


                    By:        _____/s/
                                        PETER C. SPRUNG
                                        Trial Attorney
                                        Public Integrity Section
                                        Criminal Division
                                        U.S. Department of Justice
                                        1400 New York Avenue, NW, Suite 12100
                                        Washington, D.C. 20005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 07-318 (EGS)** |
| | ) | |
| **TERRY HALL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**PROPOSED ORDER ENLARGING THE TIME IN WHICH**
**TO FILE GOVERNMENT'S MEMORANDUM IN OPPOSITION TO**
**DEFENDANT'S MOTION FOR RELEASE**

Having reviewed the Government's Motion to enlarge the time in which to file its

Memorandum in Opposition to Defendant's Motion for Release, and finding that the

Government's failure to comply with the court-ordered deadline was inadvertent and

does not prejudice the defendant,

WHEREFORE the Court determines that the Government's Motion is

GRANTED.  It is hereby ORDERED that the Government may file late its

Memorandum in Opposition to Defendant's Motion for Release.


Dated this 18th day of December 2007.


_____

HONORABLE EMMET G. SULLIVAN
United States District Court
District of Columbia

3

CERTIFICATE OF SERVICE

       I hereby certify that, on December 17, 2007, I served a copy of the Government's Motion to File Late its Memorandum in Opposition to the Defendant's Motion for Release via the Electronic Case Filing System on the party indicated below.


                                          _____/s/
                                          PETER C. SPRUNG
                                          Trial Attorney


Dated:       Washington, D.C.
                December 17, 2007


Tony Miles
Assistant Federal Public Defender
625 Indiana Ave., NW #550
Washington, D.C. 20004
Counsel for Terry Hall