**IN THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 07-318 (EGS) |
| **TERRY HALL** ) | |

**REPLY TO GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION FOR RELEASE**

Terry Hall, by and through counsel, respectfully submits this reply to the government's opposition to Mr. Hall's motion for release. The government's main argument in opposing bail is that Mr. Hall will flee if released on bond. This argument is based solely on speculation. The facts, however, as more fully presented in Mr. Hall's motion for release and in this motion, clearly support the opposite conclusion.

A critical fact in which the government is unable to refute is that Mr. Hall chose not to flee during the several months when he was aware of the government's investigation. In fact, Mr. Hall has known since at least shortly after March 17, 2007, when he entered the United States returning from Kuwait, that he was a "subject" of an investigation into bribery and conspiracy involving U.S. military procurement personnel in Kuwait. Mr. Hall was undoubtedly aware that he was a "subject" at this time because the government so informed his counsel.[1] Additionally, Mr. Hall knew from newspaper reports and other sources that there had been indictments returned in connection with the investigation.

In connection with his March 17, 2007 arrest, Mr. Hall's personal computer was seized and

---

[1] After his arrest on March 17, 2007, Mr. Hall retained counsel to assist him in connection with this arrest and events related to the arrest. Mr. Hall's counsel at the time, Kenly Webster, has advised that Mr. Hall was told that he was a "subject" of the investigation shortly after his March 17 arrest.

the government obtained a search warrant in order to download material from the computer. Mr. Hall was informed that the government asserted that it had probable cause for a warrant to issue in its application for a search warrant. Mr. Hall was also aware that a court believed the government had shown probable cause because the government did in fact obtain a search warrant. The search of this computer is significant because the government bases much of its case against Mr. Hall upon evidence allegedly recovered from the computer.[2] Based on these facts, the government's assertions regarding any risk that Mr. Hall will flee if released are not true. If Mr. Hall was intent upon fleeing he would have done so in March knowing that the government was focusing an investigation on him, had seized all of his business records in his computer and had indicted others in connection with the bribery scheme.[3]

In its Opposition the government incorrectly claims that Mr. Hall's ties to the United States are "insubstantial." As discussed in Mr. Hall's Motion for Release, Mr. Hall was born and raised in the state of Georgia. Mr. Hall twice married in the United States and his two children residing in the United States. Mr. Hall served in the United States Army for several years and he has a fairly extensive work history in the United States. Additionally, Mr. Hall's sister, cousin, ex-wife and son, all of whom reside in Georgia, have informed undersigned counsel that they have a close relationship

---

[2] More recently, the government obtained a search warrant to search Mr. Hall's residence and many paragraphs in the affidavit in support of this search warrant refer specifically to incriminating evidence against Mr. Hall which the government claims to have seized from Mr. Hall's personal computer.

[3] As noted in Mr. Hall's Motion for Defendant's Release, the government's position is even more preposterous when also considering the fact that Mr. Hall returned to Kuwait later in the Spring of 2007 and closed out his business affairs because his contracts had ended. During this trip, Mr. Hall also shipped his household goods, including his car, back to the United States. Mr. Hall returned to Atlanta and reestablished his residency in about the Summer of 2007.

Case 1:07-cr-00318-EGS    Document 15    Filed 12/18/2007    Page 3 of 4

with Mr. Hall. The close relationship Mr. Hall shares with his ex-wife and son is discussed in a letter which is attached to this Reply.[4]

Various government assertions concerning Mr. Hall's financial status are inaccurate and/or misleading. The government states that Mr. Hall "received over $20 million from the U.S. government in connection with military contracts. . . ." Government's Response at 2. The government, however, fails to account for the substantial amount of money spent in order to perform the contracts and for any money going to others with interests in the companies which were awarded the contracts. Although Mr. Hall's counsel has not had an opportunity to review the bank accounts which the government attribute to Mr. Hall, the government reports on information which is more than three months old. Significantly, as mentioned in Mr. Hall's Motion for Release, Mr. Hall was winding down his business affairs overseas and he relocated to the United States. Mr. Hall was undergoing this task during the Spring and Summer of 2007.[5] Naturally, as part of winding down, there have been transfers of some monies between bank accounts and there are bank accounts which are either now closed or contain significantly depleted funds. The government also claims that Mr. Hall made misrepresentations and omissions when discussing his financial status with the Pretrial Services Agency in Georgia. Mr. Hall did the best he could to provide accurate information to Pretrial Services in Georgia despite his stressed condition at the time of his interview. The Georgia report, which is based on information in which the Pretrial Services officer collects orally, was not reviewed and signed by Mr. Hall. In any event, the report does contain information indicating that

---

[4] Erica Lee Hall's letter is attached as Exhibit 1.

[5] The government appears to incorrectly assume that Mr. Hall has previously stated that he completed his overseas business dealings in the Spring of 2007. Mr. Hall has never made such a statement.

3

Mr. Hall was willing to divulge information concerning his prior residence in various foreign countries and information which shows that he has a considerable amount of assets and income.[6] If Mr. Hall was trying to deceive the court, he certainly would not have made many of the statements which are contained in the Georgia Pretrial Services Agency's report.

WHEREFORE, for these reasons and any such reasons that shall appear to the Court, the defendant, Terry Hall, respectfully requests that his Motion For Release be granted.

Respectfully Submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C. 20004
(202) 208-7500

---

[6] Significant issues regarding Mr. Hall's assets include his individual interests in the assets vis-a-vis others and the liquidity of any such assets.

Exhibit

1

December 17, 2007

Dear Judge Sullivan,

My name is Erica Lee Hall, the ex-wife of Terry Hall. I am writing this letter to let it be known that Terry Hall plays an important role in our son's life. He is there for him spiritually, physically, and financially. He has been to his son's school to meet his teachers and counselor. He attends his sport functions and recently he attended his son's baptism at church.

Even though Terry and I are divorced, we maintain a good relationship and friendship for the well being of our son. We both have the same goals in life, and that is for our son to have a good education and to be an outstanding young man. It was important for Terry to move closer to home so that he could be in his son's life even more. Terry and I both came from a single parent home raised by my mother and his grandmother. When we divorced, he vowed to play an important role in Terrez's life and he has done just that and still is. I am very pleased and happy that Terry is Terrez's father. I could not have done better. On an average, Terry has seen Terrez 6-7 times a year, with each visit lasting a week or two. Furthermore, this year 2007, Terrez has seen his father on an average of two to three days a month.

On the behalf of Terrez, I hope and pray that Terry is given the opportunity to continue to play an important role in his son's life, which he is doing now. He is a great and wonderful dad to our son.

Yours truly,

*Erica Hall*

Erica Hall