# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

**DOCKETING SECTION**
404-215-1655

November 30, 2007

Nancy Mayer-Whittington
Clerk of Court
United States District Court
for the District of Columbia
1225 E Barrett Prettyman
 US Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

**FILED**

DEC 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: USA v HALL, TERRY — CR 07-318 (EGS)
 NDGA Case No. 1:07-MJ-1371-GGB
 Your Case Number: 07-570-M

Dear Clerk:

Rule 5(c)(3) proceedings were held in this district on November 16, 2007.  Please find enclosed  our original  documents of said proceedings, including bond papers  and a certified copy of docket sheet.

Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

Sincerely,

James N. Hatten
Clerk of Court

By:  s/ *Sheila Gonzalez*
 Deputy Clerk

Enclosure

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:07-mj-01371-GGB All Defendants
### Internal Use Only

Case title: USA v. Hall
Other court case number: 07-570-M USDC/District of Columbia

Date Filed: 11/16/2007
Date Terminated: 11/20/2007

Assigned to: Magistrate Judge Gerrilyn G. Brill

**Defendant (1)**

**Terry Hall**
*TERMINATED: 11/20/2007*

represented by **Terry Hall**
PRO SE

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

ATTEST: A TRUE COPY
CERTIFIED THIS

NOV 3 0 2007

James N. Hatten, Clerk
By:
Deputy Clerk

**Complaints**

18:201(c)(1)(A) & 3238 BRIBERY OF
PUBLIC OFFICIALS AND
WITNESSES

**Disposition**

**Plaintiff**

|         | USA | represented by | **Gale McKenzie** |
|---------|-----|----------------|-------------------|

USA            represented by   **Gale McKenzie**
Office of United States Attorney
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6045
Email: Gale.McKenzie@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/16/2007 | | Arrest (Rule 40) of Terry Hall (smg) (Entered: 11/19/2007) |
| 11/16/2007 | 1 | Minute Entry for proceedings held before Magistrate Judge Gerrilyn G. Brill: Initial Appearance in Rule 5(c)(3) Proceedings as to Terry Hall held on 11/16/2007. Defendant waives IDENTITY Hearing. Waiver filed. Detention Hearing, USA's motion for detention filed, and Preliminary Examination set for 11/20/2007 01:30 PM before Magistrate Judge Gerrilyn G. Brill. USA's ORAL motion to UNSEAL affidavit of Search Warrant only for defendant and his counsel. Mr. Leitz agreed to retain the affidavit under seal. (Attachments: # 1 Court Documents) (Tape #GGB 07 - 1085 @ 1085.) (smg) (Entered: 11/19/2007) |
| 11/16/2007 | | ORAL MOTION to Unseal affidavit of Search Warrant ONLY for defendant and counsel by USA as to Terry Hall. (smg) (Entered: 11/19/2007) |
| 11/16/2007 | 2 | WAIVER of Rule 40 Hearings by Terry Hall. (smg) (Entered: 11/19/2007) |
| 11/16/2007 | 3 | Order of Temporary Detention Pending Hearing pursuant to Bail Reform Act by Judge Gerrilyn G. Brill as to Terry Hall. Detention Hearing set for 11/20/2007 01:30 PM in Courtroom 1834 before Magistrate Judge Gerrilyn G. Brill. (smg) (Entered: 11/19/2007) |
| 11/16/2007 | 4 | MOTION for Detention by USA as to Terry Hall. (smg) (Entered: 11/19/2007) |
| 11/20/2007 | 5 | Minute Entry for proceedings held before Magistrate Judge Gerrilyn G. Brill: Detention Hearing held, denying 4 Governments Motion for Detention Hearing as to Terry Hall. Bond Hearing, Bond set at $100,000 CORPORATE SURETY ONLY. Special conditions: Home confinement with GPS electronic monitoring. Bond not executed. Defendant to remain in USM custody. USA proceeded by proffer. Defendant responded. USA filed Motion for Stay of Release Order. Court granted stay for 24 hours. (Attachments: # 1 Court Documents) (Tape #GGB 07 - 34 @ 4489.) (smg) (Entered: 11/23/2007) |
| 11/20/2007 | 6 | MOTION to Stay Release Order by USA as to Terry Hall. (smg) (Entered: 11/23/2007) |

| | | |
|---|---|---|
| 11/20/2007 | ◑7 | ORDER granting 6 Motion to Stay Release Order for 24 hours as to Terry Hall (1). Signed by Magistrate Judge Gerrilyn G. Brill on 11/20/07. (smg) Modified on 11/23/2007 to attach PDF (smg). (Entered: 11/23/2007) |
| 11/20/2007 | ◑8 | ORDER Setting Conditions of Release, with standard and special conditions of release, as to Terry Hall. Terry Hall (1) released on conditions only. Signed by Magistrate Judge Gerrilyn G. Brill on 11/20/07. (smg) (Entered: 11/29/2007) |
| 11/20/2007 | ◑ | Magistrate Case Closed. Defendant Terry Hall terminated. (smg) (Entered: 11/30/2007) |

**FILED IN CHAMBERS**
U.S.D.C. Atlanta

NOV 2 0 2007

JAMES N. HATTEN, Clerk
By: _____
GEORGIA        Deputy Clerk

# UNITED STATES DISTRICT COURT

___NORTHERN___    District of    ___GEORGIA___

United States of America

V.

TERRY HALL

_____
Defendant

## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number:    1:07-MJ-1371

IT IS ORDERED that the release of the defendant is subject to the following conditions:

   (1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

   (2)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

   (3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at (if blank, to be notified) _____

                                                          Place

_____ on _____
                                                     Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(    ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(    ) (6)    The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____    (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed. _____    _____
                          Custodian or Proxy                              Date

( X ) (7)    The defendant shall:

( X ) (a)    report to the   U.S. PRETRIAL SERVICES   ,
telephone number   404-215-1950   , not later than _____ .

(    ) (b)    execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____

(    ) (c)    post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____ .

(✓) (d)    execute a bail bond with solvent sureties in the amount of $ *100,000* .

( X ) (e)    maintain or actively seek employment.

(    ) (f)    maintain or commence an education program.

( X ) (g)    surrender any passport to:   U.S. PRETRIAL SERVICES

( X ) (h)    obtain no passport.

( X ) (i)    abide by the following restrictions on personal association, place of abode, or travel:
**reside at the residence below and DO NOT change without permission from the Court.**

(    ) (j)    avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____

(    ) (k)    undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

(    ) (l)    return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

(    ) (m)    maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( X ) (n)    refrain from possessing a firearm, destructive device, or other dangerous weapons or ammunition.

( X ) (o)    refrain from  (    ) any  (✓) excessive use of alcohol.

( X ) (p)    refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(    ) (q)    submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

(    ) (r)    participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services or supervising officer

(    ) (s)    refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

(✓) (t)    participate in one of the following home confinement program components and abide by all the requirements of the program which  (✓) will or (    ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

(    )  (i) **Curfew.** You are restricted to your residence every day  (    ) from _____ to _____ , or  (    ) as directed by the pretrial services office or supervising officer; or

(✓) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

(    ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( X ) (u)    report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( X ) (v)    **My release is to be supervised by the U.S. Pretrial Services Officer, and I shall follow the instructions of my supervising officer.**
**Any proposed travel outside the Northern District of Georgia shall be approved BEFORE leaving the district.**

(✓) (w)    *Home detention w/ GPS*

(    ) (x)    _____

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

AO 199C    (Rev.12/03) Advice of Penalties  ..                                Page ___3___ of _3_____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)  any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)  a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                         Telephone

## Directions to United States Marshal

(   )  The defendant is ORDERED released after processing.

( ✓ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: _____11/20/07_____          _____
                                                                    Signature of Judicial Officer

                                                      GERRILYN G. BRILL, U. S. MAGISTRATE JUDGE
                                                          Name and Title of Judicial Officer

DISTRIBUTION:    COURT      DEFENDANT      PRETRIAL SERVICE      U S  ATTORNEY      U.S. MARSHAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**UNITED STATES OF AMERICA**

**v.**

**TERRY HALL,**

                **Defendant.**

**CRIMINAL FILE NO.**

**1:07-MJ-1371**

## ORDER

Before this Court is the Government's Motion for Stay of Release Order.   The Court GRANTS a stay of 24 hours on its order releasing defendant.

**SO ORDERED** this 21st day of November, 2007.

_Gerrilyn G. Brill_

GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

T:\CRIMINAL\Orders by subject\granting stay of release.wpd

AO 72A
(Rev.8/82)

# ORIGINAL

**FILED IN CHAMBERS**
U.S.D.C. Atlanta

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NOV 2 0 2007

JAMES N. HATTEN, Clerk

By: _____
Deputy Clerk

UNITED STATES OF AMERICA,      :
                               :      Criminal Action
        vs.                    :
                               :      No. 1:07-MJ-1371
TERRY HALL,                    :
                               :
        Defendant.             :

### GOVERNMENT'S MOTION FOR STAY OF RELEASE ORDER

Pursuant to Title 18, United States Code, Section 3145(a)(1), the United States of America respectfully moves this Court to stay its order of release for defendant Terry Hall. The United States advises this Court that the United States intends to file its notice of appeal of this Court's order of release with the court of original jurisdiction, the United States District Court for the District of Columbia.

Title 18, United States Code, Section 3145(a)(1) provides that

> (a) . . . If a person is ordered released by a magistrate judge, or by a person other than a judge of a court having original jurisdiction over the offense and other than a Federal appellate court --

> (1) the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release . . .

The motion shall be determined promptly.

Title 18, United States Code, Section 3145(a)(1). Where the United States indicates its intent to file a notice of appeal under Section 3145(a)(1), courts generally stay the order of release so that the appeal can be resolved.  See e.g. United States v. Giordano, 370 F.Supp.2d 1256, 1258 (S.D.Fla. 2005). See also United States v. Columbo, 777 F.2d 96, 97 (2$^d$ Cir. 1985).

On November 20, 2007, a federal grand jury returned a one-count indictment against defendant Terry Hall. As both the issuing district for the criminal complaint, and now the district out of which an indictment has been returned, the District Court for the District of Columbia is the court of original jurisdiction. Pursuant to Section 3145(a)(1), the United States intends to appeal this Court's order of release to the court of original jurisdiction, the District Court for the District of Columbia. Therefore, the United States asks this Court to stay its order of release and order the remand of the defendant into custody for removal to the District of Columbia where the United States' appeal of the release order shall be heard.

Alternatively, the United States asks this Court to stay its order of release for a period of twenty-four hours.  This will allow the United States to apply to the District Court for the District of Columbia for a stay of this Court's order of release and an order remanding defendant Hall into custody for removal to the District of Columbia for a hearing on the appeal of the order

Page 2        Defendant:    TERRY HALL     Case No.:    **1:07MJ1371**

Date:    11/20/07

MINUTES:

Govt proceeded by proffer.  Defendant responded.

Court set $100,000 corporate surety bond, home confinement with GPS electronic monitoring.

Govt. Filed Motion for Stay of Release Order.  Court granted stay for 24 hours.

WITNESSES / EXHIBITS:

Original Exhibits   _____   RETAINED by the Court   _____   RETURNED to counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. |
| | ) |
| v. | ) <u>Count One</u>: 18 U.S.C. § 201(b)(1)(A) |
| | ) (Bribery) |
| | ) |
| TERRY HALL, | ) <u>Criminal Forfeiture</u> |
| | ) 18 U.S.C. § 981(a)(1)(C) |
| Defendant. | ) 28 U.S.C. § 2461(c) |
| | ) |

## INDICTMENT

The Grand Jury charges that at all times relevant to the Indictment:

## BACKGROUND

1.      Terry Hall ("HALL") operated companies that had contracts with the U.S. military in Kuwait, including Freedom Consulting and Catering Co., U.S. Eagles Services Corp., and Total Government Allegiance. In 2005 and 2006, HALL's companies received over $20 million in revenue from the Department of Defense. This revenue came from military contracts, blanket purchase agreements ("BPAs"), and calls under those BPAs, for providing, among other things, bottled water to the U.S. military in Kuwait. BPAs are contracts in which the Department of Defense agrees to pay a contractor a specified price for supplies and may order on an ongoing basis whatever quantity of such supplies the Department of Defense requires; the contractor is then obligated to deliver the supplies as requested at the agreed-upon price. Requests under such BPA's are called "calls."

2.      An Army Major served as an Army contracting officer at Camp Arifjan near Kuwait City, Kuwait in 2005 and 2006. During that period, the Army Major made millions of dollars worth of calls on a BPAs for bottled water in Kuwait in favor of companies operated by

the defendant HALL.

## COUNT ONE
## 18 U.S.C. § 201(b)(1)(A)
## (Bribery)

3.   Beginning in or about January 2005 and continuing until at least in or about fall

2006, the exact dates being unknown, in Kuwait and elsewhere, Defendant

### TERRY HALL

directly and indirectly, corruptly did give, offer, and promise a thing of value to a public official

to influence an official act; that is, HALL offered and paid money and other things of value to a

U.S. military contracting officer assigned to Camp Arifjan, Kuwait, to wit, an Army Major, in

order to influence official acts of the Army Major, including calls on the award of bottled water

BPAs.

(All in violation of Title 18, United States Code, Sections 201(b)(1)(A) and 3238.)

Paragraphs 1 through 3 of this Indictment are incorporated by reference as if fully stated

herein, and the following is further alleged:

### CRIMINAL FORFEITURE

4.   Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

United States Code, Section 2461(c), HALL, once convicted of Count One shall forfeit to the

United States the following:

a.   All right, title, and interest in any and all property involved in the violation

of Title 18, United States Code, Section 201, for which the defendant is convicted, and all

property traceable to such property, including all money or other property that was the subject of

the violation of Section 201.

2

   b.   A sum of money equal to the total amount of money involved in the
offense in violation of 18 U.S.C. § 201, as charged in Count 1, for which the defendant is
convicted.

   5.   Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the
defendant shall forfeit substitute property, up to the value of the amount described in the
foregoing paragraphs, if, by any act or omission of the defendant, the property described in such
paragraphs, or any portion thereof, cannot be located upon the exercise of due diligence; has been
transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the
court; has been substantially diminished in value; or has been commingled with other property
which cannot be divided without difficulty.

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), Title
28, United States Code, Section 2461.)**

A TRUE BILL

*Amy B. Addison*

FOREPERSON OF THE GRAND JURY

approved by:

WILLIAM M. WELCH II
Chief, Public Integrity Section
Criminal Division

Ann C. Brickley
Peter C. Sprung
Trial Attorneys

3

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 16 2007

JAMES N. HATTEN, Clerk
By: _____
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA          :
                                  :     CRIMINAL ACTION
                 v.               :
                                  :     NO. 1:07-MJ-1371
TERRY HALL                        :

GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, David E. Nahmias, United States Attorney, and Richard B. Evans, Assistant United States Department of Justice Trial Attorney, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.


1.  Eligibility of Case.

This case is eligible for a detention order because this case involves (check all that apply):

_____     Crime of violence (18 U.S.C. § 3156)

_____     Maximum sentence of life imprisonment or death

_____     10 + year drug offense

_____     Felony, with two prior convictions in the
            above categories

___X___     Serious risk the defendant will flee

_____     Serious risk of obstruction of justice



2.   Reason for Detention.

The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

___X___    Defendant's appearance as required

___X___    Safety of any other person and the community


3.   Rebuttable Presumption.

The United States (will, will not) invoke the rebuttable presumption against defendant under § 3142(e).   (If yes)   The presumption applies because (check one or more):

_____    There is probable cause to believe defendant committed 10 + year drug offense.

_____    There is probable cause to believe defendant committed an offense in which a firearm was used, carried, or possessed under § 924(c).

_____    Defendant has been charged with a federal offense that is described in § 3142(f)(1), and

(1) defendant has been convicted of a Federal offense that is described in § (f)(1)of this section, or of a State or Local offense that would been an offense described in § (f)(1) of this section if a circumstance giving rise to Federal jurisdiction had existed;

2

(2) the offense described in paragraph (1) was committed while defendant was on release pending trial for a Federal, State or local offense; and

(3) A period of not more than five years has elapsed since the date of conviction, or the release of the person from imprisonment, for the offense described in paragraph (1), whichever is later.

_____   [Circle one] This is an offense involving a minor under 18 U.S.C. § 1201, or an offense under 18 U.S.C. § 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.   <u>Time for Detention Hearing.</u>

The United States requests the Court conduct the detention hearing:

X   At the initial appearance.

_____   After continuance of ___ days (not more than 3).

3

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated:  this 16rh day of November , 2007.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6181
Ga. Bar No.494800

4

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Defense counsel

This 16th day of November, 2007.

RICHARD B. EVANS
UNITED STATES DOJ TRIAL ATTORNEY

5

✎ AO 470  (Rev  8/85) Order of Temporary Detention

**FILED IN CHAMBERS**
U.S.D.C. Atlanta

NOV 1 6 2007

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT

_____NORTHERN_____    District of    _____GEORGIA_____

UNITED STATES OF AMERICA

**V.**

TERRY HALL

_____
*Defendant*

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT TO
### BAIL REFORM ACT

Case    1:07-MJ-1371

Upon motion of the _____U. S. GOVERNMENT_____ , it is ORDERED that a

detention hearing is set    _____11/20/07_____ * at _____1:30 PM_____
                            *Date*                              *Time*

before _____GERRILYN G. BRILL_____
                          *Name of Judicial Officer*

_____Courtroom 1834 U.S. Courthouse 75 Spring Street, S.W.  Atlanta. GA 30303_____
                          *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
            *Other Custodial Official*

Date: _____11/16/07_____            _____*Gerilyn Brill*_____
                                                          *Judicial Officer*

_____
*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



✎ AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

**FILED IN CHAMBERS**
**U.S.D.C. Atlanta**

# UNITED STATES DISTRICT COURT

NOV 16 2007

JAMES N. HATTEN, Clerk

_____NORTHERN_____    DISTRICT OF _____GEORGIA_____

By: _____
Deputy Clerk

UNITED STATES OF AMERICA

V.

_____TERRY HALL_____

Defendant

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER:   1:07-MJ-1371

CHARGING DISTRICTS
CASE NUMBER:    07-570M

I understand that charges are pending in the _____ District of __COLUMBIA (D.C.)__

alleging violation of _____18 USC 201_____ and that I have been arrested in this district and
(Title and Section)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

#### I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ )   identity hearing

(   )   preliminary hearing

(   )   identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____Terry Hall_____
*Defendant*

__11/16/07__
*Date*

_____
*Defense Counsel*

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**    FILED IN OPEN COURT

| | | |
|---|---|---|
| DATE: | 11/16/07 | @ 2:40 PM |
| TAPE: | GGB 07-1085 | @ 1085 |
| TIME IN COURT: | | 15 min. |

MAGISTRATE JUDGE    GERRILYN G. BRILL          COURTROOM DEPUTY CLERK:   Suzy Edwards

CASE NUMBER:    1:07-MJ-1371          DEFENDANT'S NAME:   TERRY HALL

AUSA:    Gayle McKenzie          DEFENDANT'S ATTY:   Carl Leitz

USPO / PTR:   Lorna Murphy          (X) Retained    ( ) CJA    ( ) FDP    ( ) Waived

X    ARREST DATE    11/16/07

X    Initial appearance hearing held.          X    Defendant informed of rights.

___    Interpreter, sworn: ___

**COUNSEL**

___    ORDER appointing Federal Defender as counsel for defendant.

___    ORDER appointing ___ as counsel for defendant.

___    ORDER: defendant to pay attorney's fees as follows: ___

**REMOVAL  HEARING**

X    Defendant WAIVES identity hearing.          X    WAIVER FILED

___    Identity hearing HELD. ___ Defendant is named defendant in complaint / indictment.

___    Defendant WAIVES preliminary hearing in this district only. ___ WAIVER FILED

___    Preliminary hearing HELD. ___ Probable cause found. Defendant to answer to charges in other district.

___    Commitment issued; defendant ORDERED held for removal to other district.

**BOND/PRETRIAL DETENTION HEARING**

X    Government motion for detention filed. Dtn. hearing set for    11/20/07    @    1:30 pm

X    Prelim. hearing set for    11/20/07    @    1:30 pm    (    In charging district )

___    Bond/Pretrial detention hearing HELD.

___    Government motion for detention  ( ) GRANTED    ( ) DENIED

___    Pretrial detention ordered. ___ Written order to follow.

___    BOND set at ___ ___ NON-SURETY ___ SURETY

          ___ cash ___ property ___ corporate surety ONLY

___    SPECIAL CONDITIONS: ___

___    Bond filed.  Defendant released.

___    Bond not executed.   Defendant to remain in Marshal's custody.

___    Motion    (    verbal)    to reduce/revoke bond filed.

___    Motion to reduce/revoke bond ___ GRANTED ___ DENIED

X    See page 2

Page 2                          Defendant:    TERRY HALL          Case No.:    **1:07-MJ-1371**

                                Date:          11/16/07

MINUTES:

Govt filed ORAL motion to UNSEAL affidavit of Search Warrant ONLY for defendant and his counsel.  Mr. Leitz

agreed to retain the affidavit under seal.

EXHIBITS:

Original Exhibits _____ RETAINED by the Court _____ RETURNED to counsel

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF _____ Columbia _____

UNITED STATES OF AMERICA

*2ⁿᵈ Amended*

v.

## CRIMINAL COMPLAINT

___Terry Hall,___

CASE NUMBER: 07-570M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. From in about __2005 to 2006__ in __Kuwait and Georgia, U.S.__ defendant

**Terry Hall**

directly and indirectly, corruptly did give, offer, and promise a thing of value to a public official and person who had
been selected to be a public official, and offer and promise a public official and person who had been selected as a public
official to give a thing of value to another person and entity, with intent to influence an official act

in violation of Title ___18___ United States Code, Section(s) ___201(b)(1)(A) & 3238___.

I further state that I am a __Special Agent__ and that this complaint is based on the following facts:

Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

*Signature of Complainant*

,Peter C. Sprung, Trial Attorney
Sworn to before me and subscribed in my presence,

**NOV 16 2007**

__Washington__

November 16, 2007

Date

**Alan Kay**

**U.S. Magistrate** Judge

Name & Title of Judicial Officer

**Eleanore Rathbone**
**Special Agent**
**Defense Criminal Investigative Service**
**U.S. Dep't of Defense**

at     __District of Columbia__

City and State

Signature of Judicial Officer

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF _____ **Columbia** _____

UNITED STATES OF AMERICA

v.                                    **CRIMINAL COMPLAINT**

**Terry Hall,**

CASE NUMBER:  07-570 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. From in about __2005 to 2006_____ in __Kuwait and Georgia, U.S._____ defendant

**Terry Hall**

**otherwise than as provided by law for the proper discharge of official duty, did directly and indirectly give, offer and promise a thing of value to a public official, for and because of an official act performed and to be performed by such public official,**

in violation of Title _____18_____ United States Code, Section(s) ___201(c)(1)(A) & 3238___ .

I further state that I am a __Special Agent__ and that this complaint is based on the following facts:
<sub>Official Title</sub>

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

_Eleanor J. Rathbone_
Signature of Complainant

,Peter C. Sprung, Trial Attorney
Sworn to before me and subscribed in my presence,

**Eleanore Rathbone**
**Special Agent**
**Defense Criminal Investigative Service**
**U.S. Dep't of Defense**

_____Washington_____   **NOV 15 2007**   at   **District of Columbia**

November 15, 2007
Date

City and State

Alan Kay
**U.S. Magistrate Judge**

Name & Title of Judicial Officer                    Signature of Judicial Officer