UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JAN - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,       )
                                )
v.                              )
                                )
TERRY HALL                      )   Cr. No. 07-318 (EGS)
                                )
                                )
       Defendant.               )

PROTECTIVE ORDER

This matter coming before this Court on the Motion by the United States and with the consent of the above-captioned defendant, for entry of a protective order concerning the disclosure of all discovery materials in this matter, the Court finds that the Government has a legitimate interest in preventing the unnecessary disclosure of confidential law enforcement information and that limiting the defendant's disclosure of the contents and substance of discovery materials in the manner prescribed below will not impair the defendant's ability to prepare and present a defense.  Accordingly, in light of the confidential and sensitive information which may be disclosed in accordance with Fed. R. Crim. P. 16 and other discovery obligations of the Government as provided by law,

   IT IS HEREBY ORDERED:

   1.    All discovery material provided by the United States to defendant through counsel shall be reviewed only by defendant, his attorneys of record, employees of such attorneys to whom it is necessary that the materials be shown for the purposes of preparation, trial, and appeal of this matter, witnesses or potential witnesses, and experts or consultants assisting in the

1

preparation, trial and appeal of this matter. No additional copies of such materials shall be made except as necessary for the preparation, trial and appeal of this matter. Such witnesses, experts or consultants to whom discovery material is disclosed must be served with a copy of this protective Order prior to disclosures of discovery material to them. The parties must keep a record of their service of this Order in the form of a log showing the name of each person to whom disclosure was made, or by maintaining a copy of this protective Order signed by the person to whom disclosure was made until such time as all appeals in this matter are concluded.

2. All discovery material disclosed by the United States shall be used solely for the preparation, trial, appeal and any pertinent post-judgment proceedings in this matter and for no other purpose whatsoever. The contents or substance of the discovery materials disclosed to defendant and defendant's counsel shall not be disclosed to any other individual or entity in any manner except as provided in this protective Order. The parties in this matter, as in all matters pending before this Court, are obligated to comply with standing Orders of this Court regarding making or causing extrajudicial statements to be made.

3. Within 90 days from the conclusion of these proceedings, any appeal or post-judgment proceedings herein, the discovery materials disclosed by the United States and any duplicates made in connection with this matter shall be returned to the United States, unless the Court gives specific permission for an exception to this requirement.

SIGNED AND ENTERED this 8th day of January, 2008.

HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE