Copies to: Judge
AUSA - Special Proceedings

From: Terry Hall
TO: Honorable Judge Emmett G. Sullivan
Date: 05-28-08
Docket Number: CR07-000318
PSA Case #: 07339853
Subject: Detention and self defense

**FILED**
JUN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Honorable Judge Sullivan,

I write this letter from my heart not knowing if it will make a deference for my detention. Sir, I've been incarsarated for 6 mos and 16 days. I have never ever committed a crime in my life besides traffic violations and the last speeding ticket was about two years ago. I will never get back my honor and dignity even after I'm proving innocent.

Sir, I beg you to please, please give me a fair and even playing field to defend myself against this charge. I don't want nor do I ask for any special treatment just the right to defend myself. I have spent the last 6½ months trying to fund my own lawyer with no sucess. Sir no one can defend themselves against the United States of America being incarsarate were you can't even make a private phone call. I have never ever been in a situation like this of any kind and never had to depend on others like I do now. I feel so helpless that I'm begging you for a fair chance to defend myself. I'm always the one helping other people so this is very difercult for me to beg for help. Once again, I don't want special treatment but even playing field to defend myself.

I write this letter without the knowledge of my federal public defender lawyer (Mr. Tony W. Miles). Sir, about two months ago you gave a direct order to Mr. Miles and Peter Sprung (Government) to work out the monitoring system for my detention for release in Atlanta, Georgia or D.C.

Sir nothing has happen yet and we've been in your courtroom twice without one word mention to you as you directive. Sir I beg you please, please give me a fair chance also.

I apologies for the sloppy writing but this is all I have to communicate, and I'm not a good writer or speller with words so please forgive me. Thanks

*Terry Hall*
Terry Hall