Judge
AUSA - Special Proceedings
Div.

From: Terry Hall

TO: Honorable Judge Emmet Sullivan

Date: 05-08-08

Subject: Request to be Co-Counselor (United States of America v. Terry Hall) CRIM. NO. 07-318(EGS)

**FILED**
**AUG 29 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Honorable Judge Sullivan, I respectfully request to be said on as a co-counselor to United states of America V. Terry Hall. I strongly feel that it would be in my best interests to assist my legal counselor in my case. With respect to my legal counselor, there are some questions that I would have knowledge and may best ask my accuser in a cross examination.
    My Counselors and I don't have many disagreements but we do differences. I have much respect for my counselors but I feel we will be stronger with me as a co-counselor. My legal counselors knows the law but I know the truth and sometimes coming to an agreement how to present would give us different options.
    Honorable Judge Sullivan please consider my request. Thanks.

Terry Hall
CRIM. NO. 07-318(EGS)
DCDC 317128
D-I-B Cell #30
1901 E. Street S.E.
Washington, DC 20003