Copies to: Judge
AUSA - Special Proceedings
Dft.

From: Terry Hall

TO: Honorable Judge Emmet Sullivan

Date: 05-08-08

07-318(EGS)

*Motion is Granted*

/s/ EGS
8/29/08

Subject: Request to hear all telephone conversation

    Honorable Judge Sullivan, please consider my request to hear all the telephone conversation record by prison authorities and not just the one statement of the conversation the government choose to mislead the court in thier motion. The government misleading this court has really gone to far and my opinion should be looked into for criminal act. My counselors will make the arguements on my behalf but I would also like to point out that the government have been during this(misleading) since we appeared in front of Judge Brill from Atlanta. Honorable Judge Sullivan please consider my request. Thanks.

Terry Hall
CRIM. NO. 07-318(EGS)
DCDC 317128
D-I-B Cell #30
1901 E. Street SE.
Washington, DC. 20003

**FILED**

AUG 29 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT